UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────────────┐
│ RH NEW ORLEANS HOLDINGS, LLC,                 │
│                                               │
│           Plaintiff,                          │
│                                               │
│     -v-                                       │
│                                               │
│ SERENE INVESTMENT MANAGEMENT, LLC,            │
│ and ADAM PHILLIPS,                            │
│                                               │
│           Defendants.                         │
└─────────────────────────────────────────────┘
```

24-cv-6331 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On September 5, 2024, the Court held an initial pre-trial conference in the above-captioned case. For the reasons stated from the bench, the Court dismisses with prejudice the "Third Count" of plaintiff's Amended Complaint. See ECF No. 6 ¶¶ 52-61.

SO ORDERED.

New York, NY
September  6 , 2024

JED S. RAKOFF, U.S.D.J.