```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| RH NEW ORLEANS HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>SERENE INVESTMENT MANAGEMENT, LLC,<br>and ADAM PHILLIPS,<br><br>　　　　Defendants. | 24-cv-6331 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On September 17, 2024, defendants Serene Investment Management, LLC, and Adam Phillips filed a motion for judgment on the pleadings. See ECF No. 11. Upon due consideration of the parties' written submissions, the Court grants defendants' motion.

An Opinion explaining the reasons for this ruling will issue in due course. The Clerk of Court is respectfully directed to close docket entry number 11.

　　SO ORDERED.

New York, NY
December 9, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.