# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

RH NEW ORLEANS HOLDINGS, LLC,

                Plaintiff,                24 **CIVIL** 6331 (JSR)

  -against-                        **JUDGMENT**

SERENE INVESTMENT MANAGEMENT, LLC, and
ADAM PHILLIPS,

               Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 11, 2025, Judgment is entered dismissing the complaint. Accordingly, the case is closed.

**Dated:** New York, New York

      April 11, 2025

                                                    **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                    **BY:**

                                                      **Deputy Clerk**